**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://jewishlink.news/community-news/33850-children-s-book-reading-prompts-legal-action-against-highland-park

