JS 44 (Rev. 4-29-21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HELAYNE SEIDMAN

**DEFENDANTS**

THE JEWISH LINK OF BRONX, WESTCHESTER AND CONNECTICUT LLC

**(b)** County of Residence of First Listed Plaintiff    NEW YORK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    BERGEN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**SANDERS LAW GROUP**    (516) 203-7600
333 Earle Ovington Blvd, Suite 402,
Uniondale, NY 11553

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- O 1   U.S. Government Plaintiff
- ● 3   Federal Question *(U.S. Government Not a Party)*
- O 2   U.S. Government Defendant
- O 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | O 1 | O 1 | Incorporated *or* Principal Place of Business In This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated *and* Principal Place of Business In Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| O 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | O 625 Drug Related Seizure of Property 21 USC 881 | O 422 Appeal 28 USC 158 | O 375 False Claims Act |
| O 120 Marine | O 310 Airplane | O 365 Personal Injury - Product Liability | O 690 Other | O 423 Withdrawal 28 USC 157 | O 400 State Reapportionment |
| O 130 Miller Act | O 315 Airplane Product Liability | O 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | O 410 Antitrust |
| O 140 Negotiable Instrument | O 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | O 430 Banks and Banking |
| O 150 Recovery of Overpayment & Enforcement of Judgment | O 330 Federal Employers' Liability | | | ● 820 Copyrights | O 450 Commerce |
| O 151 Medicare Act | O 340 Marine | O 368 Asbestos Personal Injury Product Liability | | O 830 Patent | O 460 Deportation |
| O 152 Recovery of Defaulted Student Loans (Excludes Veterans) | O 345 Marine Product Liability | **PERSONAL PROPERTY** | | O 840 Trademark | O 470 Racketeer Influenced and Corrupt Organizations |
| O 153 Recovery of Overpayment of Veteran's Benefits | O 350 Motor Vehicle | O 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | O 480 Consumer Credit |
| O 160 Stockholders' Suits | O 355 Motor Vehicle Product Liability | O 371 Truth in Lending | O 710 Fair Labor Standards Act | O 861 HIA (1395ff) | O 490 Cable/Sat TV |
| O 190 Other Contract | O 360 Other Personal Injury | O 380 Other Personal Property Damage | O 720 Labor/Management Relations | O 862 Black Lung (923) | O 850 Securities/Commodities/ Exchange |
| O 195 Contract Product Liability | O 362 Personal Injury - Medical Malpractice | O 385 Property Damage Product Liability | O 740 Railway Labor Act | O 863 DIWC/DIWW (405(g)) | O 890 Other Statutory Actions |
| O 196 Franchise | | | O 751 Family and Medical Leave Act | O 864 SSID Title XVI | O 891 Agricultural Acts |
| | | | O 790 Other Labor Litigation | O 865 RSI (405(g)) | O 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | O 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | O 895 Freedom of Information Act |
| O 210 Land Condemnation | O 440 Other Civil Rights | **Habeas Corpus:** | | O 870 Taxes (U.S. Plaintiff or Defendant) | O 896 Arbitration |
| O 220 Foreclosure | O 441 Voting | O 463 Alien Detainee | | O 871 IRS—Third Party 26 USC 7609 | O 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| O 230 Rent Lease & Ejectment | O 442 Employment | O 510 Motions to Vacate Sentence | | | O 950 Constitutionality of State Statutes |
| O 240 Torts to Land | O 443 Housing/ Accommodations | O 530 General | | | |
| O 245 Tort Product Liability | O 445 Amer. w/Disabilities - Employment | O 535 Death Penalty | **IMMIGRATION** | | |
| O 290 All Other Real Property | O 446 Amer. w/Disabilities - Other | **Other:** | O 462 Naturalization Application | | |
| | O 448 Education | O 540 Mandamus & Other | O 465 Other Immigration Actions | | |
| | | O 550 Civil Rights | | | |
| | | O 555 Prison Condition | | | |
| | | O 560 Civil Detainee Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ● 1 Original Proceeding
- O 2 Removed from State Court
- O 3 Remanded from Appellate Court
- O 4 Reinstated or Reopened
- O 5 Transferred from Another District *(specify)*
- O 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 17 USC §501

Brief description of cause:
17 USC §501 – Copyright Infringement

## VII. REQUESTED IN COMPLAINT:

O CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND

CHECK YES only if demanded in complaint:
JURY DEMAND:   ● Yes   O No

## VIII. RELATED CASE(S) IF ANY

*(See Instructions)*

JUDGE _____ DOCKET NUMBER _____

DATE
February 6, 2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ *Craig B. Sanders*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____